# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LISA MITCHELL, | Case No. 1:17-cv-361 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Karen L. Litkovitz |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 11)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 15, 2018, submitted a Report and Recommendation. (Doc. 11). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) The Commissioner's decision to deny Plaintiff SSI benefits is **REVERSED**;

2) This matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings of the Report and Recommendation (Doc. 11);

3) As no further matters remain pending for this Court's review, the Clerk shall enter judgment accordingly whereupon this case shall be **CLOSED** in this Court.

**IT IS SO ORDERED.**

Date: 9/4/2018 */s/ Timothy S. Black*
Timothy S. Black
United States District Judge